UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――X
YEVGENIY DIKLER,

                      Plaintiff,

              -against-

THE CITY OF NEW YORK,
DETECTIVE MICHAEL VISCONTI shield # 06482,
SECURITY OFFICER WILSON VEGA,
HWA INC.,

                    Defendants.
―――――――――――――――――――――――――――X

Affirmation of Service

**07 CV 5984**

    Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant The City of New York, via its agent:

    Gary Jean Gilles, Docketing Clerk #5
    Corporation Counsel for the City of New York
    100 Church Street, 4th Floor
    New York, New York 10007

    I delivered the above documents on July 9, 2007 at 3:00 p.m.

Dated: **Brooklyn, NY**
         **July 9, 2007**

                                                            Nicquan Bannister