# AFFIDAVIT OF SERVICE

ID # 533787

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

D. Zelman

INDEX NO: 5984/07
EPS NO: 520978

YEVGENIY DIKLER

Plaintiff(s)

- vs. -

THE CITY OF NEW YORK, DETECTIVE MICHAEL VICONTI, ET AL

Defendant(s)

State of **WASHINGTON**, County of **KING** ss.: **CATARINA WOUMAR**
being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **7/3/07** at approximately **11:35 AM** at 1809 7TH AVENUE, SEATTLE, WA 98101, SUITE 1400 deponent served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on HWA INC in the following manner:

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

[X] **Corporation** — By delivering to and leaving with **BARBARA WOOD** who stated [ ] he [X] she was authorized to accept on behalf of said corporation.

[ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

[ ] **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

[ ] **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

[X] **Description**
- [ ] Male  [X] Female
- [X] White Skin  [ ] Black Skin  [ ] Yellow Skin  [ ] Brown Skin  [ ] Red Skin
- [ ] Black Hair  [ ] Brown Hair  [X] Blond Hair  [ ] Gray Hair  [ ] Red Hair
- [ ] 14-20 Yrs.  [ ] 21-35 Yrs.  [X] 36-50 Yrs.  [ ] 51-65 Yrs.  [ ] Over 65 Yrs.
- [ ] Under 5'  [ ] 5'0"-5'3"  [ ] 5'4"-5'8"  [X] 5'9"-6'0"  [ ] Over 6'
- [ ] Under 100 Lbs.  [ ] 100-130 Lbs.  [ ] 131-160 Lbs.  [X] 161-200 Lbs.  [ ] Over 200 Lbs.

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the **SUMMONS & COMPLAINT IN A CIVIL ACTION**

Sworn to before me on _____

Server signature

7/5/07

Notary Public

NP

ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001