
533786

| | |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN** | **INDEX NO:** 5984/07<br>**FILE DATE:**<br>**ATTY:** LAW OFFICE OF DAVID A. ZELMAN<br>612 EASTERN PKWY<br>BROOKLYN, NY 11225 |

**STATE OF NEW YORK: COUNTY OF SOUTHERN**

EPS No: 520978
Attorney File No:
Batch No: 104176

**YEVGENIY DIKLER**                                                                                              **Plaintiff(s)**

- against -

**THE CITY OF NEW YORK, DETECTIVE MICHAEL VICONTI, ET AL**                      **Defendant(s)**

---

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/9/2007 at 2:37PM at 250 WEST 50TH STREET, NEW YORK, NY 10019, SUITE 31B deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on SECURITY OFFICER WILSON VEGA. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

### AFFIXING TO DOOR, ETC
By affixing 1 Copy thereof to the door of said premises, the same being the defendant's Dwelling Place within the State of New York.

### MAILING  First Class Mail
Deponent completed service under the last two sections by depositing 1 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to SECURITY OFFICER WILSON VEGA at 250 WEST 50TH STREET, NEW YORK, NY 10019, SUITE 31B in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 7/10/2007 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.

NP

### PREVIOUS ATTEMPTS
Deponent had previously attempted to serve the above named defendant/respondent 7/5/2007 AT 7:31PM 7/7/2007 AT 3:34PM 7/9/2007 AT 2:37PM .

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  7/13/07

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU6016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2007 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**