LSK&D #: 104-7703 / 905951
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YEVGENIY DIKLER,

                              Docket No.: 07 CIV 5984

                   Plaintiff,

      -against-               **RULE 7.1 STATEMENT**

THE CITY OF NEW YORK, DETECTIVE
MICHAEL VISCONTI shield #06482,
SECURITY OFFICER WILSON VEGA, HWA
INC.,

                   Defendant.
------------------------------------------------------------x

      Pursuant to Fed. R. Civ. P. 7.1, **WILSON VEGA and HWA INC.** identify the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of stock:

**NONE**

Dated:     New York, New York
            August 2, 2007

                                          Respectfully submitted,

                                          LESTER SCHWAB KATZ & DWYER, LLP

                                          Robert N. Dunn (RND-9193)
                                          Attorneys for Defendants
                                          WILSON VEGA and HWA INC.
                                          120 Broadway
                                          New York, New York 10271
                                          (212) 964-6611

TO:

DAVID A. ZELMAN, ESQ.
612 Eastern Parkway
Brooklyn, New York 11225
Attorneys for Plaintiff

THE CITY OF NEW YORK
100 Church Street
New York, New York 10007

DETECTIVE MICHAEL VISCONTI
New York Police Department
One Police Plaza
New York, New York 10038

Declaration of Service

I served the annexed **RULE 7.1 STATEMENT** by first-class mail on the following persons on August 2, 2007:

>DAVID A. ZELMAN, ESQ.
>612 Eastern Parkway
>Brooklyn, New York  11225
>Attorneys for Plaintiff
>
>THE CITY OF NEW YORK
>100 Church Street
>New York, New York  10007
>
>DETECTIVE MICHAEL VISCONTI
>New York Police Department
>One Police Plaza
>New York, New York  10038

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2007.

_____
MARY E. MAGEE