UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
YEVGENIY DIKLER,

                                                                                                  Affidavit of Service

                       Plaintiff,

                                                                                            07CV5984

     -against-

THE CITY OF NEW YORK,
DETECTIVE MICHAEL VISCONTI shield # 06482,
SECURITY OFFICER WILSON VEGA,
HWA INC.,

                    Defendants.
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered one true copy of the Summons and Complaint upon the defendant:

      Wilson Vega, at his attorney's office,
      Lester Schwab Katz & Dwyer, LLP
      120 Broadway, 28th floor
      New York, New York 10005

      I delivered the above documents on May 12, 2007 at 11:00 a.m.

Dated:  **Brooklyn, NY**
           **May 12, 2007**

                                                                         _____
                                                                             David A. Zelman, Esq.