

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 Church St
New York, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

August 25, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2008
```

**MEMO ENDORSED**

Via Facsimile (212) 805-6304
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Yevgeniy Dikler v. City of New York et al.
07 CV 5984 (PAC)(GWG)

Your Honor:

[Handwritten endorsement:]
August 26, 2008
The application for an enlargement of time is denied. At our last conference, plaintiff's attorney said he would be out of town; his request to take advantage of his absence. The schedule the parties agreed to in open court on July 8, 2008 will be enforced.
So ordered.
/s/ Paul Crotty USDJ

I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of this action, ostensibly commenced pursuant to 42 U.S.C. §§ 1983 and 1985.

I write the Court to request a three week enlargement of the filing of summary judgment motions pursuant to F.R.C.P. Rule 56 (b) from August 26, 2008 to September 16, 2008. Pursuant to the Court's Order dated August 22, 2008, the City defendants conferred with counsel for co-defendants HWA Security and Vega and co-defendants have consented to this request. The City defendants also endeavored to confer with plaintiff's counsel by phone message and email in order to obtain plaintiff's counsel's consent to this application. However, counsel's voicemail indicated that he would be out of the office until August 31, 2008[1].

This is defendants City and Visconti's first request for an enlargement of the time to file a motion for summary judgment. Thus, we respectfully propose the following motion schedule for the Court's endorsement:

(i) moving papers to be served on or before September 16, 2008;

(ii) opposition papers to be served on or before October 14, 2008; and

---

[1] Counsel's voicemail also indicated that he would be checking his messages periodically, but as of the transmission of this application to the Court, he had not responded to the undersigned's messages.

(iii)   reply papers to be served on or before October 28, 2008.

We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

Joyce Campbell Privéterre (JCP1846)
Assistant Corporation Counsel

cc:   **Via Facsimile (718) 604-3074**

David A. Zelman, Esq.
Attorney for Plaintiff
612 Eastern Parkway
Brooklyn, New York 11225
Tel.: (718) 604-3072

**Via Facsimile (212) 267-5916**
Robert N. Dunn, Esq.
Lester, Schwab, Katz and Dwyer LLP
Attorneys for Co-defendants Vega & HWA
120 Broadway
New York, NY 10271