# LESTER SCHWAB KATZ & DWYER, LLP
### 120 BROADWAY
### NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**JOHN TARNOWSKI**
Writer's Direct Dial: (212) 341-4346
E-Mail: jtarnowski@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

August 27, 2008

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

Re:   **Dikler, v. HWA, Inc.**
      **Index No.: 2007 CV 5984**

Dear Judge Crotty:

This office represents defendants HWA, Inc. and Wilson Vega in the above referenced action. Annexed please find our motion for summary judgment which was required to be filed by August 26, 2008. We understand that the motion is being filed one day late. We respectfully request that you accept the motion despite our tardiness. In drafting the motion we notice that we were missing a copy of our client's deposition transcript. As plaintiff's counsel is on vacation, we were able to obtain an electronic copy of the transcript from the court reporter, but not until today. As plaintiff counsel remains on vacation we do not believe that filing the motion today will result in any prejudice. We thank you in advance for your consideration.

Respectfully yours,

LESTER SCHWAB KATZ & DWYER, LLP

John Tarnowski

JT:1071372

cc:

DAVID A. ZELMAN, ESQ.
612 Eastern Parkway
Brooklyn, New York  11225